AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*        DISTRICT OF   NEVADA

RICKY L. MINCHEW,

    Plaintiff,          JUDGMENT IN A CIVIL CASE

  v.

                          CASE NUMBER: **3:16-cv-00326-MMD-VPC**

KYLE WALT, et al.,

    Defendant(s).

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice based on Plaintiff's failure to file an application to proceed *in forma pauperis* for non-prisoners or pay the full filing fee and file an updated address in compliance with the Court's January 25, 2017 order.

March 7, 2017                                    **DEBRA K. KEMPI**
                                                                  Clerk

                                                            /s/ K. Rusin
                                                            Deputy Clerk